# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY TUMORRISS HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619cv098 |
| | ) | |
| LT. FNU MERRELL, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Anthony Tumorriss Hill is incarcerated in Dooly County, Georgia. Doc. 1 at 3, 4 (identifying place of confinement as Dooly State Prison, with an address in Unadilla, Georgia). He brings this 42 U.S.C. § 1983 action against Dooly State Prison and multiple prison officials for excessive force. Doc. 1 at 5. Hill, however, has sent his Complaint to the Southern District of Georgia, which has no apparent connection to his claim.

As his claim arises from events that took place in Dooly County, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see*

42 U.S.C. § 90(b)(2). The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this 12th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA